**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ruben ANDRADE–CASALES, aka Ruben Gomez, aka Ruben Andrade,
Defendant–Appellant.**

No. 07–10086.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 4, 2008.

Raynette M. Logan, U.S. Attorney's Office, Phoenix, AZ, for Plaintiff–Appellee.

Gail Gianasi Natale, Esq., Law Office of Gail Gianasi Natale, Phoenix, AZ, for Defendant–Appellant.

Ruben Andrade–Casales, Milan, NM, pro se.

Before: HAWKINS, RAWLINSON, and M. SMITH, Circuit Judges.

MEMORANDUM **

Ruben Andrade–Casales appeals from his jury-trial conviction and 63–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Andrade–Casales's counsel has filed a brief stating there are no grounds for relief,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

along with a motion to withdraw as counsel of record. A pro se supplemental brief and an answering brief have been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**.

All pending motions are **DENIED**.

**AFFIRMED.**